IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 24854

In the Matter of MATTHEW EDGAR HULT,
*Respondent.*

ORDER OF DISBARMENT

On February 16, 2018, this court indefinitely suspended the respondent's license to practice law. *In re Hult*, 307 Kan. 479, 410 P.3d 879 (2018).

Four additional disciplinary complaints have since been filed with the Disciplinary Administrator alleging violations of Kansas Rules of Professional Conduct 1.1 (2019 Kan. S. Ct. R. 295) (competence), 1.3 (2019 Kan. S. Ct. R. 298) (diligence), 1.4 (2019 Kan. S. Ct. R. 299) (communication), 1.15 (2019 Kan. S. Ct. R. 334) (safekeeping property), 1.16 (2019 Kan. S. Ct. R. 339) (termination of representation), 5.5 (2019 Kan. S. Ct. R. 369) (unauthorized practice of law), 8.1 (2019 Kan. S. Ct. R. 384) (failure to respond to disciplinary authority), 8.4 (2019 Kan. S. Ct. R. 387) (professional misconduct), and Supreme Court Rules 207 (2019 Kan. S. Ct. R. 252) (failure to cooperate in disciplinary investigation) and 218 (2019 Kan. S. Ct. R. 268) (failure to notify client of suspension).

In a letter signed May 13, 2019, addressed to the Clerk of the Appellate Courts, respondent Matthew Edgar Hult, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217(b)(1) (2019 Kan. S. Ct. R. 267).

This court finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Matthew Edgar Hult be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate courts strike the name of Matthew Edgar Hult from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2019 Kan. S. Ct. R. 268).

Dated this 6th day of June 2019.